**Abatement Order filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00188-CV
_____

## WORLD SOURCE SIMPLE, LLC; THEODORE RALSTON; ANIL RAMROOP; RON FORREST; AND BRIAN ALLEN, Appellants

### V.

## RADIA ENTERPRISES, INC., Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37071**

## ABATEMENT ORDER

On June 17, 2021, appellants World Source Simple, LLC, Theodore Ralston, Anil Ramroop, Ron Forrest, and Brian Allen notified this court that the parties have reached an agreement in principle to settle their disputes and anticipate requesting dismissal of this appeal within ninety days. Accordingly, this appeal is abated, treated as a closed case, and removed from this court's active docket for ninety days from the date of this order. The appeal will be reinstated on this court's active docket

at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel Consists of Justices Bourliot, Poissant, and Wilson.